UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens (Attorney ID 034422007)
dtevens@scura.com
Counsel for Debtor

In Re:

Adalberto Fuentes,

             Debtor.

Order Filed on August 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case NO.  17-35139

Hon. Vincent F. Papalia

### ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: August 7, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors: Adalberto Fuentes,
Case No.: 17-35139 (VFP)
Caption of Order:  **Order Authorizing Debtor's to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the Motion of the Debtor's Adalberto Fuentes (the "Debtor"), by and through his counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor's to enter into the Loan Modification Agreement with the Secured Creditor, Rushmore Loan Management Services. ("Rushmore"), concerning the mortgage loan encumbering the Debtor's property located at 136 67th Street, West New York, NJ 07093 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that Rushmore, and the Debtor are hereby authorized to enter into a loan modification.*

\* On the terms set forth in the Loan Modification Agreement submitted with the Motion.